01 CR 36 (ENV)

1-12-08

Dear Honorable E. Vitaliano;

I hope that you had a wonderful holiday. I just wanted to inform you that I'm still at MDC Brooklyn I'm waiting for them to transfer me to Fort Devens, Massachusetts. I have been told by the Case Manager MR McFarland that I will be leaving after Dec 19, 2007. It is very important for me to get the necessary treatment for my addiction to child pornography. Being in here isn't helping me at all. Since my arrival to MDC Brooklyn I have been thinking about what I have done.

I realise that I have done something wrong. I only blame myself for the stupid mistake I made and noone else. I have told you in the previous letter that I have a lot of medical problems I'm not getting the necessary treatment for my ailments I need to be transferred immediately to my destination. I would appreciate it if you were to contact MDC Brooklyn. And find out when I will be transferred to my destination Please inform me of this information as soon as possible.

RECEIVED
JAN 15 2008
PRO SE OFFICE



Sincerely,

RICHARD RUBINKOWSKI