**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 14 2008 ★
BROOKLYN OFFICE

01CR 36
(ENV)

4-6-08

Dear Honourable E. Vitaliano;

    I feel that you made a mistake in calculating my time. In two thousand one I was given thirty-six months of Supervised Release by Honourable Reena Raggi. When I was released from FCI McKean in May of two thousand six. I was placed in a halfway house at 988 Myrtle Ave. I did a total of fourteen months there. My calculations are as follows:

Original Sup. Rel. 36 months
Halfway House   14   "
      Subt.  22   "
Sup. Rel. Violation 9   "
            13   "

RECEIVED
APR 14 2008
PRO SE OFFICE

I feel that I should do ONLY thirteen months on the street. Are you trying to add more time to my Sup. Rel.? If so, that would be "Double Jeapardy".

I have explained this to my lawyer Ms. Mildred Whalen. I'm waiting for a response from her. In regards to the miscalculation of my Sup. Rel. I would appreciated it if you were to re-calculate my Sup. Rel.

Sincerely Yours;

*Richard Rub*

Richard Rubinkowski